JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POM WONDERFUL LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>STARBUZZ TOBACCO, INC., a California corporation; GLOBAL HOOKAH DISTRIBUTORS, INC. dba WWW.SOUTH SMOKE.COM, a North Carolina corporation; and DOES 1-10,<br><br>    Defendants. | Case No. SACV11-0017 JVS MLGx<br><br>**ORDER GRANTING STIPULATED DISMISSAL OF CASE** |

[PROPOSED] ORDER GRANTING
STIPULATED DISMISSAL OF CASE

{058820.1}

1  Based on Plaintiff POM WONDERFUL LLC and Defendants STARBUZZ
2 TOBACCO, INC. and GLOBAL HOOKAH DISTRIBUTORS, INC. dba
3 WWW.SOUTHSMOKE.COM's  (collectively "the Parties") Stipulation for
4 Dismissal, it hereby ordered that:
5  1.  Pursuant to a confidential settlement agreement entered into by the
6 Parties, all claims and counter-claims are dismissed with prejudice, with each party
7 bearing its own fees and costs.
8  **IT IS SO ORDERED.**
9
10 DATED:  December 15, 2011  By:_____
   The Honorable James V. Selna